UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN GARRATY, AN INDIVIDUAL., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:23-CV-04383 <br><br> **FILED UNDER SEAL** |

## SCHEDULE A TO THE COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Zhengzhou Cebing Trading Co., Ltd. | https://cebing.en.alibaba.com |
| 2 | Gao'an Yuexi Trading Co., Ltd. | https://cn1560505350wqvn.en.alibaba.com |
| 3 | Foshan Yizhi Intelligent Technology Co., Ltd. | https://easyflaming772.en.alibaba.com |
| 4 | Yiwu Hodeang E-Commerce Co., Ltd. | https://hogift.en.alibaba.com |
| 5 | Yiwu Houkang Knitting Co., Ltd. | https://houkang.en.alibaba.com |
| 6 | Jeneey International Trade Co., Ltd. | https://jeneey.en.alibaba.com |
| 7 | Guangzhou Panchi Trading Co., Ltd. | https://punctual.en.alibaba.com |
| 8 | Haining Qiangyi Trading Co., Ltd. | https://qiangyitrading.en.alibaba.com |
| 9 | Foshan Nanhai Rongxin Socks Factory | https://rongxinwaye.en.alibaba.com |
| 10 | Foshan Weiyi Industry And Trade Co., Ltd. | https://weiyigm.en.alibaba.com |
| 11 | Guangzhou Xinyu Knitting Clothing Co., Ltd. | https://xysocks.en.alibaba.com |
| 12 | Zhumadian Economic Development Zone Qianyuan Trading Co., Ltd. | https://zmdqy.en.alibaba.com |
| 13 | Wannee Two Store | aliexpress.com/store/1100946860 |
| 14 | Uhome Store | aliexpress.com/store/1101282606 |
| 15 | Eroswing Sporting Store | aliexpress.com/store/1101345217 |
| 16 | Matagorda Accessories Store | aliexpress.com/store/1101345708 |
| 17 | Shiny jewellery Store | aliexpress.com/store/1101405792 |
| 18 | RUNER Store | aliexpress.com/store/1101540510 |
| 19 | Margot-u Store | aliexpress.com/store/1101743949 |
| 20 | Smartside Store | aliexpress.com/store/1101786223 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 21 | Zxzms Store | aliexpress.com/store/1102146020 |
| 22 | Moneymoneyallmyround Store | aliexpress.com/store/1102341669 |
| 23 | ANGHE Official Store | aliexpress.com/store/1102412172 |
| 24 | Outdoor Sports Enthusiasts Store | aliexpress.com/store/1102420821 |
| 25 | Guanlin Store | aliexpress.com/store/1102483348 |
| 26 | VCEO Trendy Lifestyle Store | aliexpress.com/store/1102673829 |
| 27 | Ladies VIP Store | aliexpress.com/store/1102753147 |
| 28 | ULemeili(7-15 Days Delivery) | amazon.com/sp?seller=A10BOTLH0MN7OS |
| 29 | Disener | amazon.com/sp?seller=A10K6FMGUF7WH1 |
| 30 | ZEFUTOP | amazon.com/sp?seller=A10T7FP20KMTA5 |
| 31 | Daflly | amazon.com/sp?seller=A11D6AWAON6LBR |
| 32 | HILUN | amazon.com/sp?seller=A11VD1YX7XKENS |
| 33 | YIXINGEwangluo | amazon.com/sp?seller=A12H4QH1ZOAV0X |
| 34 | Shixiang US | amazon.com/sp?seller=A12NLCQPUCF2I4 |
| 35 | HNM*YHS | amazon.com/sp?seller=A14J5LUXXECEMP |
| 36 | DOAEGNG | amazon.com/sp?seller=A153EQTZK34XAI |
| 37 | Devinly-US | amazon.com/sp?seller=A15GTZL5HBAPOM |
| 38 | YUNAIYI | amazon.com/sp?seller=A16TED4HK25A4M |
| 39 | JRWIOIJ | amazon.com/sp?seller=A17UX4YBAES84 |
| 40 | epartSAA | amazon.com/sp?seller=A18JDTDAREZGM9 |
| 41 | Lookatool | amazon.com/sp?seller=A19PDY766W2X00 |
| 42 | MALLOOM | amazon.com/sp?seller=A1BRCE6PO6IPWL |
| 43 | justno | amazon.com/sp?seller=A1BWMPAT99D5NB |
| 44 | Lumumi | amazon.com/sp?seller=A1CNB47O4FZ64N |
| 45 | Erdkk | amazon.com/sp?seller=A1CW1ARNO0B2DZ |
| 46 | Wangdongm | amazon.com/sp?seller=A1DZRWENVTX4Y |
| 47 | aiying_mei | amazon.com/sp?seller=A1E07307AJ0JK8 |
| 48 | weilaimingxing | amazon.com/sp?seller=A1EBWVGL6IX3HD |
| 49 | HDGTSA | amazon.com/sp?seller=A1EFCNROT7TPTK |
| 50 | flod-queen | amazon.com/sp?seller=A1FDPUBYHSKJSA |
| 51 | gingertech | amazon.com/sp?seller=A1GGNUU88Y14E5 |
| 52 | Dartphew Store | amazon.com/sp?seller=A1GW55DQ5F65BR |
| 53 | DFooooti | amazon.com/sp?seller=A1H2KD4EK9ZWD9 |
| 54 | KLGDA | amazon.com/sp?seller=A1HK8QMSIVMM14 |
| 55 | Ounabing | amazon.com/sp?seller=A1IV2N6N897ZZ0 |
| 56 | SZXMJDP | amazon.com/sp?seller=A1J9UM11N46T76 |
| 57 | YanYong International Factory | amazon.com/sp?seller=A1JACXDMACKOFM |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 58 | 8 - 17 Days Delivery ✈ Leilei-US | amazon.com/sp?seller=A1JQWPI1YMD198 |
| 59 | （7-14 Fast Delivery）-Crown Tilting Co., Ltd. | amazon.com/sp?seller=A1JSG3JGNLWDP0 |
| 60 | TOWMUS | amazon.com/sp?seller=A1K030J8SR7PME |
| 61 | Ankarnis | amazon.com/sp?seller=A1KBFCIQC158PX |
| 62 | SGAOGEW-5-15 Days Fast Delivery | amazon.com/sp?seller=A1KHV5BZCKFE0Q |
| 63 | MOMKER 7-15Days Arrive | amazon.com/sp?seller=A1LB9SZQ5TETWT |
| 64 | Gale Abeop | amazon.com/sp?seller=A1LQHB1A17HMGE |
| 65 | Misealan | amazon.com/sp?seller=A1O77FI59BKU1I |
| 66 | antengus | amazon.com/sp?seller=A1OF5NQ2LJIT6C |
| 67 | quanhangxingquanwangluokejiyouxiangongsi | amazon.com/sp?seller=A1P4ELLB92F8I2 |
| 68 | ORFILA | amazon.com/sp?seller=A1RT5G37YH8B9J |
| 69 | Wyfdc | amazon.com/sp?seller=A1S5L1QE72EC5Y |
| 70 | TUNKENCE（7-14 days delivery） | amazon.com/sp?seller=A1T041G4ZKEJD2 |
| 71 | SHUAI （Delivery within 7-15 days） | amazon.com/sp?seller=A1U4RJ0DV24EJI |
| 72 | Rellion | amazon.com/sp?seller=A1UD41B3YU29AZ |
| 73 | Liu Haofeng | amazon.com/sp?seller=A1WORUEUG2JNTP |
| 74 | LINYUG | amazon.com/sp?seller=A1X8BVJ3WKZPGW |
| 75 | sentry-box | amazon.com/sp?seller=A1YU0EQZUEO6AQ |
| 76 | luoyangshi zhengmeishangmaoyouxiangongsi | amazon.com/sp?seller=A1Z4HKHN3Q4PDL |
| 77 | Dalaoke（7-10 days delivery） | amazon.com/sp?seller=A1ZA0252DZLIXE |
| 78 | Dasson | amazon.com/sp?seller=A2064A7RLDVEUP |
| 79 | Gittcoll | amazon.com/sp?seller=A20DYP1Y6LC6MK |
| 80 | RDYKTE | amazon.com/sp?seller=A20LVQH0KCN0AU |
| 81 | Ohdfe Today's Deals 7-14 Days Delivery | amazon.com/sp?seller=A21F74U6DYHMDT |
| 82 | QingYao US | amazon.com/sp?seller=A21J1PIQBSWU68 |
| 83 | Fondbuy-Spirit | amazon.com/sp?seller=A22DN9ZE6XIFSV |
| 84 | Osborniool | amazon.com/sp?seller=A22T5YTYD4RNF5 |
| 85 | AngelCitn | amazon.com/sp?seller=A2350DG54NB0IV |
| 86 | GuaeYup | amazon.com/sp?seller=A2494A1QILSCIZ |
| 87 | LINssgg | amazon.com/sp?seller=A24JVUW5GS8KI8 |
| 88 | Blue mango | amazon.com/sp?seller=A252FWULR74F5L |
| 89 | BOlileyne | amazon.com/sp?seller=A26RKS2IV1ANU0 |
| 90 | QIIASFEU | amazon.com/sp?seller=A2769DJII0PTJQ |
| 91 | jxhou | amazon.com/sp?seller=A27N7BDWELDE44 |
| 92 | XXHZL | amazon.com/sp?seller=A280ZNUJF9WU4P |
| 93 | EC077 | amazon.com/sp?seller=A282R0DOQOKZ7V |
| 94 | Vedolay | amazon.com/sp?seller=A283E2IYQ6ZT8H |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 95 | NNAAII | amazon.com/sp?seller=A28E8WK7RUYJRM |
| 96 | jiuydi | amazon.com/sp?seller=A29SIM3U0BN0GO |
| 97 | Lumbley US-Store | amazon.com/sp?seller=A2AQ70WOIAI3IS |
| 98 | Rekilyefop | amazon.com/sp?seller=A2B7052KOGTX3S |
| 99 | Bluesti | amazon.com/sp?seller=A2BLITJ5NCQAIH |
| 100 | inyuhuawanju | amazon.com/sp?seller=A2BQF31KD012N |
| 101 | Yuaekjes | amazon.com/sp?seller=A2C9OXPWO0OAJN |
| 102 | beautyca1 | amazon.com/sp?seller=A2CB80RBW0ALCK |
| 103 | guangzhouyazhiyimaoyiyouxiangongsi | amazon.com/sp?seller=A2DKT7SHM8UNUF |
| 104 | Fulijie(Up to 90% off) | amazon.com/sp?seller=A2DM35NOQNDETN |
| 105 | QchengING | amazon.com/sp?seller=A2E7Q2MMQXEIYO |
| 106 | Atianyi | amazon.com/sp?seller=A2F636LUSMZYC0 |
| 107 | dengjiaxiang   ggghh | amazon.com/sp?seller=A2GWHOD46EU0IM |
| 108 | TheGroupdeal | amazon.com/sp?seller=A2HHLD431H47PW |
| 109 | TaYoung | amazon.com/sp?seller=A2HHUYKKEZ75B6 |
| 110 | flyFEI | amazon.com/sp?seller=A2HL3PC3WFNF38 |
| 111 | Rmbaby | amazon.com/sp?seller=A2IAAFSE6NJBVU |
| 112 | ihtha | amazon.com/sp?seller=A2IJ3J8Q893TVX |
| 113 | RSKK. | amazon.com/sp?seller=A2IRYHPOZBVSE5 |
| 114 | AiYouDimaoyi | amazon.com/sp?seller=A2ISME30CSX2AW |
| 115 | deberían | amazon.com/sp?seller=A2IV9L66JE5EUN |
| 116 | LINGDANG | amazon.com/sp?seller=A2JBRLZOQD2MC6 |
| 117 | AGJYKRE | amazon.com/sp?seller=A2JCR1GR38CX3G |
| 118 | Novania(7-28 Days Delivery) | amazon.com/sp?seller=A2JDKYDPXACZIB |
| 119 | BomKwow | amazon.com/sp?seller=A2KACOJ86FVOLA |
| 120 | C-Pioneer | amazon.com/sp?seller=A2KWMMBIS1QFNR |
| 121 | panzi | amazon.com/sp?seller=A2L7G9RP5X14CU |
| 122 | minemimy | amazon.com/sp?seller=A2L9S7IGB7JIW4 |
| 123 | SISHENGKUAJING | amazon.com/sp?seller=A2LQV907HKSVX2 |
| 124 | Esyllt | amazon.com/sp?seller=A2M9PZY3Q39IP5 |
| 125 | kabertuy | amazon.com/sp?seller=A2MFKXK44Z58A9 |
| 126 | Sunlucky | amazon.com/sp?seller=A2MJASDCSA5D9H |
| 127 | EiPMnoo【7-21Days Delivered To You】 | amazon.com/sp?seller=A2MQH5WNCOFM4N |
| 128 | gumingzha | amazon.com/sp?seller=A2N3CTDQJS6QA0 |
| 129 | jaeryr | amazon.com/sp?seller=A2NRU37ARGJCLO |
| 130 | ❀vermers❀ Promotion ❀ 5% - 30% Off ❀ | amazon.com/sp?seller=A2O8EQI6AL6ADJ |
| 131 | Deniseoet | amazon.com/sp?seller=A2OCCH0RSAPJL5 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 132 | 济南兆醇日用小百货零售有限公司 | amazon.com/sp?seller=A2OI2G0H1AVBVM |
| 133 | wenchangshijiahefangshangmaoyouxiangongsi | amazon.com/sp?seller=A2PHIY5T2C7ZQS |
| 134 | jingxiuqulefanriyongbaihuodian | amazon.com/sp?seller=A2PPU9WWYY5WR7 |
| 135 | yuyuan2d | amazon.com/sp?seller=A2PUEYGXZTSD2D |
| 136 | Katrina's Gift | amazon.com/sp?seller=A2QML8TKE1RE5L |
| 137 | tikaduodianzishangwuyouxianzerengongsi | amazon.com/sp?seller=A2S5245ZT6DIY5 |
| 138 | GUVIYQL | amazon.com/sp?seller=A2TCO6VPHJXHNF |
| 139 | Egopitcing | amazon.com/sp?seller=A2TRMEHXTUB1A2 |
| 140 | VESNIBA | amazon.com/sp?seller=A2UJQ84TW5LGVV |
| 141 | Farenow | amazon.com/sp?seller=A2UWD8074BIR1W |
| 142 | MUGDGP | amazon.com/sp?seller=A2VMIY4WBCAVVD |
| 143 | YIoyiY | amazon.com/sp?seller=A2VN7EYR9HM3OJ |
| 144 | UUJUNE US | amazon.com/sp?seller=A2VO9SBY1EMUCZ |
| 145 | USA Sunshine | amazon.com/sp?seller=A2VV8YVBGBPIN9 |
| 146 | KONYUO | amazon.com/sp?seller=A2W6Y0BEKV3WKZ |
| 147 | BiroWero | amazon.com/sp?seller=A2WEQCEMX49QE4 |
| 148 | Fujiuia | amazon.com/sp?seller=A2WWAWRIVAH8CH |
| 149 | YF shop | amazon.com/sp?seller=A2WYVPB5Q68QEW |
| 150 | Ruifaya | amazon.com/sp?seller=A2XG1CX0QHU2M8 |
| 151 | Danimou | amazon.com/sp?seller=A2XK8V8WSLIGVK |
| 152 | ILUCI | amazon.com/sp?seller=A2XNL03CQF6XDV |
| 153 | Great Wall of the East | amazon.com/sp?seller=A2XOUOTDSE8O5T |
| 154 | yangchuanluo | amazon.com/sp?seller=A2YKI908SPO9JR |
| 155 | YUHOCB | amazon.com/sp?seller=A2Z8WOIHUQDLLK |
| 156 | Ckxzui(50% Discount) | amazon.com/sp?seller=A2ZHFT33IV9OYS |
| 157 | bgculture | amazon.com/sp?seller=A2ZZWZ4TU6250V |
| 158 | FanLu0616 | amazon.com/sp?seller=A302SPC9CCMRPT |
| 159 | Shouone | amazon.com/sp?seller=A30D4L23CI81HZ |
| 160 | maikeldJS | amazon.com/sp?seller=A30QWENPLJVFWW |
| 161 | xlpaxhong | amazon.com/sp?seller=A30RR9BSSZ9P8P |
| 162 | crampweui(7-20 Days Delivery) | amazon.com/sp?seller=A317GZYW5HV1TF |
| 163 | WULTOP 👉 👉 (7-15 day Delivery) | amazon.com/sp?seller=A31XZWNJJWSTJG |
| 164 | Kamosi_USA | amazon.com/sp?seller=A345M3TSDIOGIZ |
| 165 | SLYG STORE | amazon.com/sp?seller=A34MN038UTT0Q5 |
| 166 | wtPKzhouTA | amazon.com/sp?seller=A35P2CXC4XR3XB |
| 167 | SUPPION | amazon.com/sp?seller=A35SSAACBBPT4U |
| 168 | persobe | amazon.com/sp?seller=A36QHQGDEBSJHM |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 169 | DO-GENERIC(7-15Days Delivery) | amazon.com/sp?seller=A36TVZDPZQ52U1 |
| 170 | FUDAO-US | amazon.com/sp?seller=A374BC2GHT5YKN |
| 171 | Lanmino | amazon.com/sp?seller=A37PHERSF5H577 |
| 172 | Rhuyoshn | amazon.com/sp?seller=A37WXI4K0NR4N1 |
| 173 | Chengsen | amazon.com/sp?seller=A383A3E26RHXAS |
| 174 | insaneness | amazon.com/sp?seller=A38T6PLM0P376G |
| 175 | Huaiyha | amazon.com/sp?seller=A39PK04FO6TD9T |
| 176 | melupa 7-15Days Arrive | amazon.com/sp?seller=A39SYPIHKNOTP |
| 177 | yunbidianzishangwu | amazon.com/sp?seller=A39YW3YWO6URIZ |
| 178 | Brand and seller must complain | amazon.com/sp?seller=A39ZR9CHTRCAN8 |
| 179 | shanxiliwusikejiyouxiangongsi | amazon.com/sp?seller=A3ABBBA6XH82WB |
| 180 | LLL-333 | amazon.com/sp?seller=A3AM4RZFM01PF6 |
| 181 | IODSWGH | amazon.com/sp?seller=A3AUVYMRA5UDBS |
| 182 | HaiYunXuan [7-15Days Arrived] | amazon.com/sp?seller=A3BEEX0GF9QIMF |
| 183 | DBDOUWA | amazon.com/sp?seller=A3C0MX4P980IMS |
| 184 | shanghaidianzhulan | amazon.com/sp?seller=A3CWJ06BHCCUIN |
| 185 | Z S J | amazon.com/sp?seller=A3D92FEJBVIIM2 |
| 186 | Wielberto | amazon.com/sp?seller=A3DTJ4TWKPPH3P |
| 187 | Changsha Yanlinan Electronic Commerce Co., Ltd. | amazon.com/sp?seller=A3E3W0YAVNU8T4 |
| 188 | BCDshop | amazon.com/sp?seller=A3E5M45F47W1TN |
| 189 | Dexuan-US | amazon.com/sp?seller=A3FUEESSP8NC6S |
| 190 | ZXG shop | amazon.com/sp?seller=A3FX9725OOA9ZE |
| 191 | Yakunmao | amazon.com/sp?seller=A3G0VNP0MLUIS1 |
| 192 | Amaonea | amazon.com/sp?seller=A3G0ZDC5P8Q00E |
| 193 | TianYao shop | amazon.com/sp?seller=A3H7XJAQ38KFNJ |
| 194 | sakd | amazon.com/sp?seller=A3IXVK4LOORL34 |
| 195 | StrCloudUS | amazon.com/sp?seller=A3JSW8M0Z81O5G |
| 196 | YILINYI | amazon.com/sp?seller=A3JZTSR423H9NP |
| 197 | NK-US(7-14delivery) | amazon.com/sp?seller=A3KCOR203R6ZGE |
| 198 | SoeHir | amazon.com/sp?seller=A3L18V4UCFMS74 |
| 199 | Mllkcao1 | amazon.com/sp?seller=A3L7QVWLA6KKVE |
| 200 | Binems-Kle | amazon.com/sp?seller=A3MA3VFJ4NQISD |
| 201 | WwwUsn | amazon.com/sp?seller=A3MCRU595UG5NT |
| 202 | dfguWEF | amazon.com/sp?seller=A3MQLH93YXEZVP |
| 203 | (7-15 Days Fast )fadafafdadfa | amazon.com/sp?seller=A3MZAF70USUOM3 |
| 204 | SHANSHANNN | amazon.com/sp?seller=A3O3NF21TYTYUI |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 205 | Hmedalyck【FAST ARRIVAL 5-20 DAYS】 | amazon.com/sp?seller=A3P02BAP1OF4XG |
| 206 | kaide | amazon.com/sp?seller=A3P3L5FPDNHJVQ |
| 207 | OutTop | amazon.com/sp?seller=A3PL36HVPH5XE9 |
| 208 | BEATIZ | amazon.com/sp?seller=A3PPNU02Z4BY2M |
| 209 | Terfod | amazon.com/sp?seller=A3PQR70P2OW41M |
| 210 | Hanncx | amazon.com/sp?seller=A3QANNNB4ZG6S6 |
| 211 | Kiefhi | amazon.com/sp?seller=A3R3GOMMUMU4BJ |
| 212 | yvshuwangluo | amazon.com/sp?seller=A3S7W0H5JBPKYS |
| 213 | FeiFei66 | amazon.com/sp?seller=A3SCYHLVICXJRU |
| 214 | sdbbvnvbnjhj56yhyfg | amazon.com/sp?seller=A3SGH72PZBVK1N |
| 215 | fashionstar2016 | amazon.com/sp?seller=A3SMFOWYM55T1Z |
| 216 | HENGCHENG_ | amazon.com/sp?seller=A3SUCPD2DVHBFX |
| 217 | Du Qingze | amazon.com/sp?seller=A3TS0RBV2WDKHT |
| 218 | ZOOJINFAR✈3-15 Days Delivery✈Coupon & Promo Code | amazon.com/sp?seller=A3TXPIM8A5NLKK |
| 219 | MQSHUHENMY | amazon.com/sp?seller=A3UKSZX8Z6UJ1J |
| 220 | Enjoy Choice | amazon.com/sp?seller=A3V4XQEZSJKGRS |
| 221 | qiunvUS123 | amazon.com/sp?seller=A3VUD6T2JV69MY |
| 222 | sdsqdswzlsmyxgs | amazon.com/sp?seller=A50AUIE70CD9W |
| 223 | HAOHUAMING | amazon.com/sp?seller=A62JUGOHDWG9A |
| 224 | yinxiwangluo | amazon.com/sp?seller=A63SPWVSPW9CE |
| 225 | DAKRERY Shops | amazon.com/sp?seller=A6J94R7RXFP4J |
| 226 | UOYOTT | amazon.com/sp?seller=A7UF13D2QYIAA |
| 227 | WRYTmdfk | amazon.com/sp?seller=A8CE191B0XMEK |
| 228 | shanxibailisikeji | amazon.com/sp?seller=A8R4KWD02G3A1 |
| 229 | KAIHSD | amazon.com/sp?seller=A98A8UB5KAI2C |
| 230 | guochanghe | amazon.com/sp?seller=A9AF6188A0LQL |
| 231 | winterday | amazon.com/sp?seller=A9IRNX9GVUBHU |
| 232 | GZXDSY | amazon.com/sp?seller=A9UDAZ8PAN5CZ |
| 233 | LOKODO | amazon.com/sp?seller=AA87S1MZI6GUV |
| 234 | qilinshop | amazon.com/sp?seller=AADW1L8HFL2LA |
| 235 | YunPes | amazon.com/sp?seller=AASBB41ADSSBF |
| 236 | kaurw | amazon.com/sp?seller=AAT8I1VNK70DB |
| 237 | HPWRIU Official Store (7-15 Delivery) | amazon.com/sp?seller=AAUWQVTGKJVS7 |
| 238 | Smilvy | amazon.com/sp?seller=ABL2B3HZBDRGA |
| 239 | Chengmengmeng | amazon.com/sp?seller=ACBVHJ9DE2I8Y |
| 240 | RUIVE | amazon.com/sp?seller=ACMFF0JKAQQX6 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 241 | Yousity (7-15days deliveried) | amazon.com/sp?seller=ACS8PXQJOCBON |
| 242 | guofangguomaoyiyouxiangongsi | amazon.com/sp?seller=ACV8PGJWA4QR6 |
| 243 | Viviplus | amazon.com/sp?seller=AD53J1F8M7LFA |
| 244 | WANEIW | amazon.com/sp?seller=ADCV5E134IWBU |
| 245 | Poeeabee | amazon.com/sp?seller=ADEDN0RQJAQML |
| 246 | FITTEE | amazon.com/sp?seller=ADOF9BWTDC68I |
| 247 | US Store Coshang Number One | amazon.com/sp?seller=AE7LCBK0E3XR0 |
| 248 | nameroiu | amazon.com/sp?seller=AEBZ8MJZKPPC |
| 249 | Shen Dingming | amazon.com/sp?seller=AEXUWGSYADX64 |
| 250 | SLENDIPLUS | amazon.com/sp?seller=AFHET7K0IOJ5E |
| 251 | saifeifei | amazon.com/sp?seller=AFUH1UYOBU1EB |
| 252 | Byyong | amazon.com/sp?seller=AG0FEZ1J1J8OD |
| 253 | YXKWNERRQ | amazon.com/sp?seller=AGAM143GHBUBU |
| 254 | djdjdj store | amazon.com/sp?seller=AGGJTDJ0FQL3I |
| 255 | pathside188 | amazon.com/sp?seller=AGIKF6UETT505 |
| 256 | liudongyangbm | amazon.com/sp?seller=AHKX3IC0170LZ |
| 257 | Regretfully | amazon.com/sp?seller=AHYB66W63YF2C |
| 258 | AFEIDD (Ship from USA 7-14 days) | amazon.com/sp?seller=AI2OA0D0UMG30 |
| 259 | TEOSUDCNCC | amazon.com/sp?seller=AI3MAYCUF1OJF |
| 260 | Lu Ai Business | amazon.com/sp?seller=AI6G8DXLNR7BH |
| 261 | 昆明恩聪科技有限公司 | amazon.com/sp?seller=AI9UZT6K4UDB9 |
| 262 | WMQPNNS | amazon.com/sp?seller=AJLW1KPF1M5DZ |
| 263 | NOLDARES | amazon.com/sp?seller=AJT2X374OROKS |
| 264 | Office Ajiang | amazon.com/sp?seller=AK0D55IM8R358 |
| 265 | SUMMER HOT | amazon.com/sp?seller=AKYHZY3YMQSRF |
| 266 | rexiao shop | amazon.com/sp?seller=ALGVIWS3WEIU6 |
| 267 | Zasekb | amazon.com/sp?seller=ALMTF6LFQ688B |
| 268 | jing_nuodengshi | amazon.com/sp?seller=ALREXIW2GTGW5 |
| 269 | GDDXLM | amazon.com/sp?seller=AN11QXP8EMOJ1 |
| 270 | Home & Beauty | amazon.com/sp?seller=AN9VEAZ34JHRO |
| 271 | Kaloaede | amazon.com/sp?seller=ANR2VNUBSJUFD |
| 272 | Dolardtang | amazon.com/sp?seller=AOY7YYD3RZJWP |
| 273 | TigerOVO | amazon.com/sp?seller=AP0DV9GQ3O8O0 |
| 274 | XIN ERTE | amazon.com/sp?seller=AQRRNOVKV5A90 |
| 275 | wangguoshiwomenfashion | amazon.com/sp?seller=ARCVDS6E5VM93 |
| 276 | yuninxi | amazon.com/sp?seller=ARLY8Y8Y1D4VW |
| 277 | Ceciliayy | amazon.com/sp?seller=AS22XZECWL8ZL |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 278 | zhengzhouxuyinxinxikejiyouxiangongsi | amazon.com/sp?seller=ASGS5VZRB0HAI |
| 279 | GZHaiTuoSi | amazon.com/sp?seller=ASNO4YV0P9XI3 |
| 280 | HONGZHEN-US | amazon.com/sp?seller=ASZ94C9XOPZLB |
| 281 | JJrtq | amazon.com/sp?seller=AT6CCS1N2YRUH |
| 282 | Mrkeung-US | amazon.com/sp?seller=ATC3XO5H0XLMD |
| 283 | z*yuyico | amazon.com/sp?seller=ATOICYJGRHNN0 |
| 284 | Halloween Surprise Cabin | amazon.com/sp?seller=AU23IL8NIULQX |
| 285 | powerSUP offers up to 50% off ❗❗❗ | amazon.com/sp?seller=AVJJSEHAI3DTZ |
| 286 | Taste store | amazon.com/sp?seller=AVW0D8LTW974G |
| 287 | JYBSTA | amazon.com/sp?seller=AW2CJBM8GOG4U |
| 288 | Becobe | amazon.com/sp?seller=AWV9IWI7IJZFD |
| 289 | Mei Yingfan | amazon.com/sp?seller=AZCFWT7E4LVQ2 |
| 290 | BzxMYiS | amazon.com/sp?seller=AZS8SU9XIN9DY |
| 291 | apparelone Store | dhgate.com/store/19900694 |
| 292 | erzhang Store | dhgate.com/store/20062082 |
| 293 | michalle Store | dhgate.com/store/20242111 |
| 294 | philipppe Store | dhgate.com/store/20300279 |
| 295 | cumax Store | dhgate.com/store/20983663 |
| 296 | nicespring Store | dhgate.com/store/21035180 |
| 297 | peanutoil Store | dhgate.com/store/21084200 |
| 298 | clothingforchoose Store | dhgate.com/store/21087829 |
| 299 | runlione Store | dhgate.com/store/21189615 |
| 300 | covde Store | dhgate.com/store/21227331 |
| 301 | hangtag Store | dhgate.com/store/21555939 |
| 302 | yarns Store | dhgate.com/store/21556085 |
| 303 | loveclothingfz3 Store | dhgate.com/store/21582596 |
| 304 | dou05 Store | dhgate.com/store/21599466 |
| 305 | yanqin04 Store | dhgate.com/store/21625945 |
| 306 | renshenguo Store | dhgate.com/store/21630750 |
| 307 | ximipu Store | dhgate.com/store/21630770 |
| 308 | shacksla Store | dhgate.com/store/21634911 |
| 309 | doulaso Store | dhgate.com/store/21634946 |
| 310 | xizhuang Store | dhgate.com/store/21635304 |
| 311 | lisa_shoes_nk Store | dhgate.com/store/21808613 |
| 312 | lolitassa | dhgate.com/store/21810907 |
| 313 | heathcliffy Store | dhgate.com/store/21810459 |
| 314 | mariefarmer Store | dhgate.com/store/21810611 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 315 | sparrownice Store | dhgate.com/store/21810619 |
| 316 | garrickica Store | dhgate.com/store/21810928 |
| 317 | depensibley Store | dhgate.com/store/21810943 |
| 318 | 13113122 | ebay.com/usr/13113122 |
| 319 | 2009happyseller | ebay.ca/usr/2009happyseller |
| 320 | 2012xiwang | ebay.com/usr/2012xiwang |
| 321 | 2wanweiguo1213 | ebay.com/usr/2wanweiguo1213 |
| 322 | Fashion Boutique House | ebay.com/str/fashionboutiquehouse |
| 323 | 6fg1-9986 | ebay.com/usr/6fg1-9986 |
| 324 | Style_eShop | ebay.ca/str/styleeshop |
| 325 | aihour | ebay.com/usr/aihour |
| 326 | aliento_sol | ebay.com/usr/aliento_sol |
| 327 | allseems | ebay.com.hk/usr/allseems |
| 328 | amireuxu | ebay.com/usr/amireuxu |
| 329 | amydefario2022 | ebay.com/usr/amydefario |
| 330 | app9916 | ebay.com/usr/app9916 |
| 331 | appliancehome88 | ebay.ca/usr/appliancehome88 |
| 332 | athletese33 | ebay.com/usr/athletese33 |
| 333 | autocar_shop | ebay.ca/usr/autocar_shop |
| 334 | banweeras-0 | ebay.com/usr/banweeras-0 |
| 335 | be66587 | ebay.com/usr/be66587 |
| 336 | betterlifestyle65 | ebay.ca/usr/betterlifestyle65 |
| 337 | bevilles*jv93ka | ebay.com/usr/bevilles*jv93ka |
| 338 | Bigsellergogogo | ebay.com/str/bigsellergogogo |
| 339 | bhgue2012 | ebay.com/usr/bhgue2012 |
| 340 | butonto | ebay.com/usr/butonto |
| 341 | calla_6693 | ebay.com.hk/usr/calla_6693 |
| 342 | callmebeauty-fr666 | ebay.com/str/alizjewelryhouse |
| 343 | carmen668 | ebay.ca/usr/carmen668 |
| 344 | case_shop | ebay.com/usr/case_shop |
| 345 | casewillstore | ebay.com/usr/casewill |
| 346 | cckobe | ebay.com/usr/cckobe |
| 347 | celinlkeoder | ebay.com/usr/celinlkeoder |
| 348 | centralflash1 | ebay.com/usr/centralflash1 |
| 349 | chamini_2744 | ebay.com/usr/chamini_2744 |
| 350 | changu_4457 | ebay.com/usr/changu_4457 |
| 351 | chedunchaoyang | ebay.com/usr/chedunchaoyang |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 352 | chenrenz | ebay.com/usr/chenrenz |
| 353 | chenru64 | ebay.com/usr/chenru64 |
| 354 | chenxtt | ebay.com/usr/chenxtt |
| 355 | cherrirsr | ebay.com.hk/usr/cherrirsr |
| 356 | cickicyy | ebay.com/usr/cickicyy |
| 357 | Scktoo | ebay.com/str/scktoo |
| 358 | clip-hair2010 | ebay.com/usr/clip-hair2010 |
| 359 | clkjmz | ebay.com/usr/clkjmz |
| 360 | cocoydream | ebay.com/usr/cocoydream |
| 361 | comeforu | ebay.com/usr/comeforu |
| 362 | coolhair88 | ebay.com/usr/coolhair88 |
| 363 | covershop2023 | ebay.com/str/covershop2023 |
| 364 | crazyshuishou | ebay.com/usr/crazyshuishou |
| 365 | croscase | ebay.com/usr/croscase |
| 366 | cz_martin | ebay.com/usr/cz_martin |
| 367 | dannyinzoo | ebay.com/usr/dannyinzoo |
| 368 | dasapr-1 | ebay.com/usr/dasapr-1 |
| 369 | dasnew | ebay.com/usr/dasnew |
| 370 | daydayup882 | ebay.ca/usr/daydayup882 |
| 371 | dayupstar | ebay.com/usr/dayupstar |
| 372 | Handsome Chameleon | ebay.com/str/handsomechameleon |
| 373 | deinhomeshop | ebay.ca/usr/deinhomeshop |
| 374 | delicate1987 | ebay.com/usr/delicate1987 |
| 375 | DESAFIONa | ebay.ca/usr/desafiona |
| 376 | detaler | ebay.com/usr/detaler |
| 377 | dkuijiexiwl | ebay.com/usr/dkuijiexiwl |
| 378 | dongren | ebay.com/usr/dongren |
| 379 | duolaken | ebay.com/usr/duolaken |
| 380 | easybuy_dkc | ebay.com/usr/easybuy_dkc |
| 381 | eby18 | ebay.com/usr/eby18 |
| 382 | eryuetarget | ebay.com/usr/eryuetarget |
| 383 | evera841 | ebay.com/usr/evera841 |
| 384 | excellbuying | ebay.com/usr/excellbuying |
| 385 | excellentck | ebay.com/usr/excellent-ck |
| 386 | falishzg | ebay.com/usr/falishzg |
| 387 | fanfangan | ebay.com/usr/fanfangan |
| 388 | fangdancc | ebay.ca/usr/fangdancc |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
| --- | --- | --- |
| 389 | fangjiamy | ebay.com/usr/fangjiamy |
| 390 | fijanep-0 | ebay.com/usr/fijanep-0 |
| 391 | freefordiscounts | ebay.com/usr/freefordiscounts |
| 392 | freesty | ebay.com/usr/freesty |
| 393 | futuresok | ebay.com/usr/futuresok |
| 394 | gepcompany | ebay.com/usr/gep_company |
| 395 | gep_mall | ebay.com/usr/gep_mall |
| 396 | gep_online | ebay.com/usr/gep_online |
| 397 | gep_shop | ebay.com/usr/gep_shop |
| 398 | gerobokummi | ebay.com/usr/gerobokummi |
| 399 | givend | ebay.com/usr/givend |
| 400 | UK_CaseOnline | ebay.com/str/ukcaseonline |
| 401 | gooddeal200988 | ebay.com/usr/gooddeal200988 |
| 402 | goodforyou-ra | ebay.com/usr/goodforyou-ra |
| 403 | goupshuzhu | ebay.com/usr/goupshuzhu |
| 404 | gracefulce | ebay.com/usr/gracefulce |
| 405 | gracekarincollection | ebay.ca/usr/gracekarincollection |
| 406 | greatus20 | ebay.com/usr/greatus2020 |
| 407 | guyuehu | ebay.com/usr/guyuehu |
| 408 | gw_trade2023 | ebay.com/usr/gw_trade |
| 409 | USS | ebay.com/str/uss |
| 410 | haifantian | ebay.ie/usr/haifantian |
| 411 | haoyingmao | ebay.com/usr/haoyingmao |
| 412 | hapinessdayforyour | ebay.ca/usr/hapinessdayforyour |
| 413 | hegu0603 | ebay.com/usr/hegu0603 |
| 414 | hellesonne | ebay.com/usr/hellesonne |
| 415 | helloclient | ebay.ie/usr/helloclient |
| 416 | hihappy626 | ebay.com/usr/hihappy626 |
| 417 | hinesbuc-7 | ebay.com/usr/hinesbuc-7 |
| 418 | hiraesipu | ebay.com/usr/hiraesipu |
| 419 | homefuturebest | ebay.ca/usr/homefuturebest |
| 420 | hometomama | ebay.ca/usr/hometomama |
| 421 | hometoolstore715 | ebay.com/usr/hometoolstore715 |
| 422 | hothair2011 | ebay.com/usr/hothair2011 |
| 423 | hotspot-accessory68 | ebay.com/usr/hotspot-accessory68 |
| 424 | huanliu369 | ebay.com/usr/huanliu369 |
| 425 | huguaedd | ebay.com/usr/huguaedd |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 426 | huihui6632 | ebay.com/usr/huihui6632 |
| 427 | huzenyo | ebay.com/usr/huzenyo |
| 428 | hyran258 | ebay.com/usr/hyran258 |
| 429 | ihop59 | ebay.com/usr/ihop59 |
| 430 | imarke | ebay.com/usr/imarke |
| 431 | industrial-ukhk | ebay.com/usr/industrial-ukhk |
| 432 | industry-gb1 | ebay.ca/usr/industry-gb |
| 433 | intomyworld | ebay.com/usr/intomyworld |
| 434 | jasminere | ebay.com/usr/jasminere |
| 435 | jewatn | ebay.com/usr/jewatn |
| 436 | jewelleryshop1688 | ebay.ca/usr/jewelleryshop1688 |
| 437 | A25 UK | ebay.ca/str/a25uk |
| 438 | jinshan2013 | ebay.com/usr/jinshan2013 |
| 439 | ka789123 | ebay.com/usr/ka789123 |
| 440 | kaai776 | ebay.com/usr/kaai776 |
| 441 | kekeyiyi | ebay.com/usr/kekeyiyi |
| 442 | kellylogline10 | ebay.com/usr/kellylogline10 |
| 443 | kinmlun | ebay.com/usr/kinmlun |
| 444 | kunjiadaren | ebay.com/usr/kunjiadaren |
| 445 | LSMEI | ebay.com/usr/l-shum7 |
| 446 | lanm6222 | ebay.com/usr/lanm6222 |
| 447 | Lanm Tool | ebay.com/usr/lanm826 |
| 448 | leligine | ebay.com/usr/leligine |
| 449 | lesim-497505 | ebay.com/usr/lesim-497505 |
| 450 | liang-zheng | ebay.com/usr/liang-zheng |
| 451 | lihu757 | ebay.com/usr/lihu757 |
| 452 | likelyyangtuo | ebay.com/usr/likelyyangtuo |
| 453 | lilybeibei | ebay.com/usr/lilybeibei |
| 454 | Liming's Makeup shop | ebay.com/usr/liming_76 |
| 455 | Roman Holiday | ebay.com/usr/liming-33 |
| 456 | Men s and women s clothing store | ebay.com/usr/limingx-75 |
| 457 | lineumup | ebay.com/usr/lineumup |
| 458 | Garden-good 123 | ebay.com/usr/liuqing7165 |
| 459 | liwa754174 | ebay.com/usr/liwa754174 |
| 460 | 2022 New men and women clothing | ebay.com/usr/lixiaox-59 |
| 461 | llly_7419 | ebay.com/usr/llly_7419 |
| 462 | lontimns | ebay.com/usr/lontimns |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 463 | loveshoppingcs228 | ebay.com/usr/loveshoppingcs228 |
| 464 | lsmile | ebay.com/usr/lsmile |
| 465 | lu159277 | ebay.com/usr/lu159277 |
| 466 | lucidy | ebay.com/usr/lucidy |
| 467 | lufei46 | ebay.com/usr/lufei46 |
| 468 | luzhi-40 | ebay.com/usr/luzhi-40 |
| 469 | lxgmarket | ebay.com/usr/lxgmarket |
| 470 | lyshu81 | ebay.com/usr/lyshu81 |
| 471 | macdream | ebay.com/usr/macdream |
| 472 | mallcity | ebay.com/usr/mallcity |
| 473 | marvelousability | ebay.ca/usr/marvelousability |
| 474 | mashangyou8fa | ebay.com/usr/mashangyou8fa |
| 475 | massnou | ebay.com/usr/massnou |
| 476 | mengkeshop | ebay.com/usr/mengkeshop |
| 477 | messick4 | ebay.com/usr/messick4 |
| 478 | metaltell | ebay.com/usr/metaltell |
| 479 | mikayl_15 | ebay.com/usr/mikayl_15 |
| 480 | millionbillion | ebay.com/usr/millionbillion |
| 481 | mingfanghuamao | ebay.com/usr/mingfanghuamao |
| 482 | mingriz-9 | ebay.ca/usr/mingriz-9 |
| 483 | mingsun123 | ebay.com/str/mingsun123 |
| 484 | mingwei | ebay.com/usr/mingwei |
| 485 | minipeace | ebay.ca/usr/minipeace |
| 486 | mizoseong | ebay.com/usr/mizoseong |
| 487 | mmaylay | ebay.com/usr/mmaylay |
| 488 | mmdcompany | ebay.com/usr/mmdcompany |
| 489 | mu2ff7in | ebay.com/usr/mu2ff7in |
| 490 | mudarmin0 | ebay.com/usr/mudarmin0 |
| 491 | mujin24 | ebay.com/usr/mujin24 |
| 492 | my-ins-zone | ebay.com/usr/my-ins-zone |
| 493 | neetfoot | ebay.com/usr/neetfoot |
| 494 | nevada-shop | ebay.com/usr/nevada-shop |
| 495 | neverup66 | ebay.ca/usr/neverup66 |
| 496 | newdeparture | ebay.com/usr/newdeparture |
| 497 | newdwen | ebay.com/usr/newdwen |
| 498 | newmcx2016-8 | ebay.com/usr/newmcx2016-8 |
| 499 | Smart Living Box | ebay.com/usr/one4in_67 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 500 | oneshot77-7 | ebay.com/usr/oneshot77-7 |
| 501 | onfine2017 | ebay.com/usr/onfine2017 |
| 502 | oweb87 | ebay.com/usr/oweb87 |
| 503 | peleith0 | ebay.com/usr/peleith0 |
| 504 | pinli_25 | ebay.com/usr/pinli_25 |
| 505 | plicism | ebay.com/usr/plicism |
| 506 | pricetailor | ebay.com/usr/pricetailor |
| 507 | prostore-98 | ebay.com/usr/prostore-98 |
| 508 | qa8hk-wupkscwbv | ebay.com/usr/qa8hk-wupkscwbv |
| 509 | qiaonanzhe | ebay.com/usr/qiaonanzhe |
| 510 | Mel Stylish Shop | ebay.com/usr/qingc-40 |
| 511 | quanjuncue | ebay.com/usr/quanjuncue |
| 512 | ranran456 | ebay.com/usr/ranran456 |
| 513 | rearrange518 | ebay.com/usr/rearrange518 |
| 514 | redflow_vj6 | ebay.com/usr/redflow_vj6 |
| 515 | reeleat | ebay.com/usr/reeleat |
| 516 | rongxin9988 | ebay.com/usr/rongxin9988 |
| 517 | rongyao2211 | ebay.com/usr/rongyao2211 |
| 518 | rose_store88 | ebay.com/usr/rose_store88 |
| 519 | rosecying | ebay.com/usr/rosecying |
| 520 | ruiti75 | ebay.com/usr/ruiti75 |
| 521 | Botique Fashion Store | ebay.com/usr/sanai028 |
| 522 | sanmenpa | ebay.com/usr/sanmenpa |
| 523 | sellershuang | ebay.com/usr/sellershuang |
| 524 | sevencolorslife | ebay.ca/usr/sevencolorslife |
| 525 | shamarlal-15 | ebay.com/usr/shamarlal-15 |
| 526 | shanweixyue88 | ebay.com/usr/shanweixyue88 |
| 527 | shengzhouru | ebay.com/usr/shengzhouru |
| 528 | showma_46 | ebay.ca/usr/showma_46 |
| 529 | shuangcn | ebay.com/usr/shuangcn |
| 530 | sipee560 | ebay.com/usr/sipee560 |
| 531 | Skilled*2jv9 | ebay.com/str/skilled2jv9 |
| 532 | skypayer | ebay.com/usr/skypayer |
| 533 | smilelightly | ebay.ca/usr/smilelightly |
| 534 | smoothshopping | ebay.ca/usr/smoothshopping |
| 535 | sofirt | ebay.com/usr/sofirt |
| 536 | sprincess | ebay.com/usr/sprincess |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 537 | sryosicil | ebay.com/usr/sryosicil |
| 538 | suguess | ebay.com/usr/suguess |
| 539 | sunnstary | ebay.com/usr/sunnstary |
| 540 | sunxiao50 | ebay.com/usr/sunxiao50 |
| 541 | super9916 | ebay.com/usr/super9916 |
| 542 | supermarket8882016 | ebay.com/usr/supermarket8882016 |
| 543 | suxitgo | ebay.com/usr/suxitgo |
| 544 | sw_onfine | ebay.com/usr/sw_onfine |
| 545 | sweetteam | ebay.com/usr/sweetteam |
| 546 | sz_global | ebay.com/usr/sz_global |
| 547 | sz_world | ebay.com/usr/sz_world |
| 548 | KaiChengGOGO | ebay.com/usr/szsymdzkjyxgs |
| 549 | thel5045 | ebay.com/usr/thel5045 |
| 550 | thenaying | ebay.com/usr/thenaying |
| 551 | thenbuyone | ebay.com/usr/thenbuyone |
| 552 | thuthou | ebay.com/usr/thuthou |
| 553 | toolspappystore | ebay.ca/usr/toolspappystore |
| 554 | topthunder99 | ebay.ca/usr/topthunder99 |
| 555 | TRSMARKET2023 | ebay.com/usr/trs-market |
| 556 | trs-shop | ebay.com/usr/trs-shop |
| 557 | tubredoliv | ebay.ie/usr/tubredoliv |
| 558 | twinkleshopforyou | ebay.ca/usr/twinkleshopforyou |
| 559 | twomendelu | ebay.com/usr/twomendelu |
| 560 | upforbest | ebay.com/usr/upforbest |
| 561 | uscrate | ebay.com/usr/uscrate |
| 562 | VENDY2023 | ebay.com/usr/vendy2019 |
| 563 | w123654 | ebay.com/usr/vv66vv |
| 564 | wallacegaoo | ebay.com/usr/wallacegaoo |
| 565 | wangzry | ebay.com/usr/wangzry |
| 566 | wannaaone11 | ebay.com/usr/wannaaone11 |
| 567 | wannantobe | ebay.com/usr/wannantobe |
| 568 | whereeverr | ebay.com/usr/whereeverr |
| 569 | windylegend | ebay.com/usr/windylegend |
| 570 | wonderfulmall | ebay.com/usr/wonderfulmall |
| 571 | wuhuah12 | ebay.com/usr/wuhuah12 |
| 572 | xiaobai3859 | ebay.com/usr/xiaobai3859 |
| 573 | xiaoicecream | ebay.com/usr/xiaoicecream |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 574 | xiaome_2523 | ebay.com/usr/xiaome_2523 |
| 575 | xiaoshac-46 | ebay.ie/usr/xiaoshac-46 |
| 576 | xit_32 | ebay.com/usr/xit_32 |
| 577 | xitizh1998 | ebay.com/usr/xitizh1998 |
| 578 | xiyu212 | ebay.com/usr/xiyu212 |
| 579 | xlz895 | ebay.com/usr/xlz895 |
| 580 | xovo1894 | ebay.com/usr/xovo1894 |
| 581 | xuchun86 | ebay.com/usr/xuchun86 |
| 582 | xxzhaoyi5 | ebay.com/usr/xxzhaoyi5 |
| 583 | yafeetop | ebay.com/usr/yafeetop |
| 584 | yan89d | ebay.com/usr/yan89d |
| 585 | yangh321 | ebay.com/usr/yangh321 |
| 586 | yanglucass | ebay.com/usr/yanglucass |
| 587 | yangx666 | ebay.com/usr/yangx666 |
| 588 | churanty-official | ebay.com/usr/yangzhon_67 |
| 589 | yanzhaong | ebay.com.hk/usr/yanzhaong |
| 590 | yhxclx2010 | ebay.com/usr/yhxclx2010 |
| 591 | yie-25 | ebay.com/usr/yie-25 |
| 592 | yuenuli | ebay.com/usr/yuenuli |
| 593 | yuxinx-20 | ebay.com/usr/yuxinx-20 |
| 594 | yyy85961 | ebay.com/usr/yyy85961 |
| 595 | zaczackja | ebay.com/usr/zaczackja |
| 596 | zaoy1996 | ebay.com/usr/zaoy1996 |
| 597 | zhangchen_56 | ebay.ca/usr/zhangchen_56 |
| 598 | zjz145 | ebay.com/usr/zjz145 |
| 599 | zkxx_31 | ebay.com/usr/zkxx_31 |
| 600 | zp28_800 | ebay.com/usr/zp28_800 |
| 601 | zuishen19 | ebay.ca/usr/zuishen19 |
| 602 | ShopPetCrafts | etsy.com/shop/ShopPetCrafts |
| 603 | YeSerendipityArt | etsy.com/shop/YeSerendipityArt |
| 604 | grassooze | www.grassooze.com |
| 605 | lizzic | www.lizzic.com |
| 606 | homezo | www.homezo.net |
| 607 | mopolily | www.mopolily.com |
| 608 | sussic | www.sussic.com |
| 609 | wantops | www.wantops.com |
| 610 | Beauty's Closet | walmart.com/reviews/seller/101176648 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 611 | DanceeMangoo | walmart.com/reviews/seller/101223235 |
| 612 | Cogfs | walmart.com/reviews/seller/101279555 |
| 613 | DancePeanut | walmart.com/reviews/seller/101282047 |
| 614 | Qoo10 | wish.com/merchant/56bf30ac0dbb0b7e5ebb27d1 |
| 615 | ZhouZhiGuang | wish.com/merchant/56e7db7c3a698c348ca0e5a8 |
| 616 | hao8bar | wish.com/merchant/576bb4fb6b2ba27f0991890b |
| 617 | sitingsijie | wish.com/merchant/581d8e83bfa9fd4d5467de0c |
| 618 | Ilovesports | wish.com/merchant/582c28b0ea77703701a5d4a2 |
| 619 | productsir | wish.com/merchant/583ec1ef0d446338426ba6bd |
| 620 | sunxiaozhenjha | wish.com/merchant/586f45e095eec14ee393df91 |
| 621 | MXJstore | wish.com/merchant/592e61337fcf2d0f9266afa2 |
| 622 | haimasite | wish.com/merchant/5938fd171298197d384f118b |
| 623 | liangliang store | wish.com/merchant/595b885637635d60b412e3ab |
| 624 | Yurongruk | wish.com/merchant/5a96016bccf0c85661ef57c2 |
| 625 | zhazhahui002 | wish.com/merchant/5d3b08110ff7f9523839ba52 |
| 626 | AMY2 | wish.com/merchant/5d42d852e4b65d2c0bc00de1 |
| 627 | Yay Technology | wish.com/merchant/5d53d325dfe135509694259a |
| 628 | Harry Popo | wish.com/merchant/607d1c5cc68624c784b661da |
| 629 | A Makeups01 | wish.com/merchant/615ca0d377ed5bb45fd676d4 |
| 630 | wuxiang1996 | wish.com/merchant/61776838d34fa8b8df3ca948 |
| 631 | CJ Seller 1 | https://cjdropshipping.com/ |
| 632 | CJ Seller 2 | https://cjdropshipping.com/ |