## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STEPHEN GARRATY, AN INDIVIDUAL,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 23-CV-04383

JUDGE JEFFREY I. CUMMINGS

MAGISTRATE JUDGE JEFFREY T. GILBERT

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby files this notice of voluntary dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|-----|-----------|
| 30 | ZEFUTOP |
| 31 | Daflly |
| 32 | HILUN |
| 34 | Shixiang US |
| 35 | HNM*YHS |
| 39 | JRWIOIJ |
| 44 | Lumumi |
| 48 | weilaimingxing |
| 53 | DFooooti |
| 56 | SZXMJDP |
| 60 | TOWMUS |
| 64 | Gale Abeop |
| 66 | antengus |
| 68 | ORFILA |
| 70 | TUNKENCE（7-14 days delivery） |
| 72 | Rellion |
| 81 | Ohdfe Today's Deals 7-14 Days Delivery |
| 82 | QingYao US |

| | |
|---|---|
| 84 | Osborniool |
| 90 | QIIASFEU |
| 103 | guangzhouyazhiyimaoyiyouxiangongsi |
| 104 | Fulijie(Up to 90% off) |
| 112 | ihtha |
| 113 | RSKK. |
| 116 | LINGDANG |
| 125 | kabertuy |
| 127 | EiPMnoo【7-21Days Delivered To You】 |
| 128 | gumingzha |
| 131 | Deniseoet |
| 135 | yuyuan2d |
| 140 | VESNIBA |
| 141 | Farenow |
| 146 | KONYUO |
| 148 | Fujiuia |
| 155 | YUHOCB |
| 157 | bgculture |
| 194 | sakd |
| 196 | YILINYI |
| 198 | SoeHir |
| 199 | Mllkcao1 |
| 215 | fashionstar2016 |
| 216 | HENGCHENG_ |
| 229 | KAIHSD |
| 231 | winterday |
| 233 | LOKODO |
| 236 | kaurw |
| 238 | Smilvy |
| 240 | RUIVE |
| 244 | WANEIW |
| 248 | nameroiu |
| 250 | SLENDIPLUS |
| 251 | saifeifei |
| 258 | AFEIDD (Ship from USA 7-14 days) |
| 263 | NOLDARES |
| 264 | Office Ajiang |
| 271 | Kaloaede |

| | |
|---|---|
| **274** | XIN ERTE |
| **277** | Ceciliayy |
| **279** | GZHaiTuoSi |
| **280** | HONGZHEN-US |
| **281** | JJrtq |
| **319** | 2009happyseller |
| **322** | Fashion Boutique House |
| **333** | autocar_shop |
| **336** | betterlifestyle65 |
| **342** | callmebeauty-fr666 |
| **357** | Scktoo |
| **370** | daydayup882 |
| **391** | freefordiscounts |
| **402** | goodforyou-ra |
| **405** | gracekarincollection |
| **412** | hapinessdayforyour |
| **414** | hellesonne |
| **473** | marvelousability |
| **480** | millionbillion |
| **492** | my-ins-zone |
| **495** | neverup66 |
| **524** | sevencolorslife |
| **528** | showma_46 |
| **583** | yafeetop |
| **588** | churanty-official |
| **610** | Beauty's Closet |
| **612** | Cogfs |
| **618** | Ilovesports |

Dated: December 1, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter
**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***