## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STEPHEN GARRATY, AN INDIVIDUAL,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 23-CV-04383

JUDGE JEFFREY I. CUMMINGS

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff, Stephen Garraty, an individual's ("Mr. Garraty" or "Plaintiff") Motion for a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction against the defendants identified on Schedule A (collectively, the "Defendants");

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can

1

and do purchase products using counterfeit versions of Plaintiffs' Copyrights (collectively referred to as "Defendant Internet Stores" or "Seller Aliases"). See Exhibit 2 to the Declaration in Support of the Motion for Temporary Restraining Order [9-3 – 9-9], which includes screenshot evidence confirming that each defendant online marketplace account does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing versions of Plaintiff's Show Off Socks copyrights (the "Show Off Socks Copyrights").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Mr. Garraty has a likelihood of success on the merits; that no remedy at law exists; and that Mr. Garraty will suffer irreparable harm if the injunction is not granted.

Specifically, Mr. Garraty has proved a *prima facie* case of copyright infringement because Mr. Garraty has shown: (1) valid ownership in the Show Off Socks Copyrights; and (2) copying of constituent elements of the work that are original. Furthermore, Defendants' continued and unauthorized use of the Show Off Socks Copyrights irreparably harms Mr. Garraty through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, Mr. Garraty has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1.      Defendants, their affiliates, officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

a.  using Plaintiff's Show Off Socks Copyrights and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine product or not authorized by Mr. Garraty to be sold in connection with the Show Off Socks Copyrights;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine product or any other product produced by Mr. Garraty, that is not Plaintiff's nor produced under the authorization, control or supervision of Mr. Garraty nor approved by Mr. Garraty for sale using the Show Off Socks Copyrights;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Mr. Garraty, or are sponsored by, approved by, or otherwise connected with Mr. Garraty;

d.  further infringing Plaintiff's Show Off Socks Copyrights and damaging Mr. Garraty's goodwill;

e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Mr. Garraty, nor authorized by Mr. Garraty to be sold or offered for sale, and which bear any of Plaintiff's Show Off Socks Copyrights, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account

that is being used to sell, or is the means by which Defendants could continue to sell Infringing Show Off Socks Products; and

g.  operating and/or hosting websites at the Defendant Internet Stores and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Show Off Socks Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine product or not authorized by Mr. Garraty to be sold in connection with Plaintiff's Show Off Socks Copyrights.

2.  Those in privity with Defendants and with actual notice of this Order, including but not limited to, Alibaba Group Holding Ltd., Alipay.com Co., Ltd. ("Alipay"), AliExpress, Inc. ("AliExpress") and any related Alibaba entities (collectively, "Alibaba"), Amazon, Inc. ("Amazon"), CJ Dropshipping, DHGate, eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), ContextLogic, Inc. ("Wish") and Walmart, (collectively referred to as the "Online Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant domain names, and domain name registrars, shall within five (5) business days of receipt of this Order:

a.  Disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the Show Off Socks Copyrights, including any accounts associated with Defendants;

b.  Disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Show Off Socks Copyrights; and

4

     c. Take all steps necessary to prevent links to the Defendant Internet Stores, identified on the Schedule A, from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces, Payment Processors, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, sponsored search engine or ad-word providers, banks, merchant account providers, distributors, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Mr. Garraty expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

     a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

     b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the online marketplace accounts, the Defendants' other Seller Aliases and/or websites, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores and other Defendant websites;

     c. Defendants' websites and/or any online marketplace accounts;

     d. Any domain registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, Payment Processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.      Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.      The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within five (5) business days of receipt of this Order:

a. Identify and restrain all funds, as opposed to ongoing account activity, in, or which hereafter are transmitted, into the online marketplace accounts related to Defendants as identified on Schedule A, as well as all funds in, or which are transmitted, into (i) any other accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Seller Aliases identified on Schedule A;

b. Provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and the identification of the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of

6

the related financial institution account information shall be made without notice to the account owners until after those accounts are restrained; and,

c. Prevent the transfer or surrender of any and all funds restrained by this Order for any purpose (other than pursuant to a chargeback made pursuant to the Online Marketplace's security interest in the funds) without the express authorization of this Court.

6. The Payment Processors and any banks, savings and loan associations, third party payment processors, or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

a. Locate all accounts and funds connected to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties; and,

b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Mr. Garraty may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and/or by sending an email to the email addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Zhengzhou Cebing Trading Co., Ltd. and all other Defendants identified on Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice

reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      The Clerk of Court is directed to unseal Schedule A to the Complaint [7-2], Motion for Temporary Restraining Order [8], its memorandum and supporting pleadings and exhibits [9], and the Temporary Restraining Order [16].

9.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on five (5) days' notice to Mr. Garraty or on shorter notice as set by this Court.

10.      The  bond posted by Mr. Garraty shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.


Dated: December 20, 2023

_____

U.S. District Court Judge Jeffrey I. Cummings

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STEPHEN GARRATY, AN INDIVIDUAL., | |
| PLAINTIFF, | |
| V. | CASE NO.: 1:23-CV-04383 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | |

## SCHEDULE A TO THE COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Zhengzhou Cebing Trading Co., Ltd. | https://cebing.en.alibaba.com |
| 2 | Gao'an Yuexi Trading Co., Ltd. | https://cn1560505350wqvn.en.alibaba.com |
| 3 | Foshan Yizhi Intelligent Technology Co., Ltd. | https://easyflaming772.en.alibaba.com |
| 4 | Yiwu Hodeang E-Commerce Co., Ltd. | https://hogift.en.alibaba.com |
| 5 | Yiwu Houkang Knitting Co., Ltd. | https://houkang.en.alibaba.com |
| 6 | Jeneey International Trade Co., Ltd. | https://jeneey.en.alibaba.com |
| 7 | Guangzhou Panchi Trading Co., Ltd. | https://punctual.en.alibaba.com |
| 8 | Haining Qiangyi Trading Co., Ltd. | https://qiangyitrading.en.alibaba.com |
| 9 | Foshan Nanhai Rongxin Socks Factory | https://rongxinwaye.en.alibaba.com |
| 10 | Foshan Weiyi Industry And Trade Co., Ltd. | https://weiyigm.en.alibaba.com |
| 11 | Guangzhou Xinyu Knitting Clothing Co., Ltd. | https://xysocks.en.alibaba.com |
| 12 | Zhumadian Economic Development Zone Qianyuan Trading Co., Ltd. | https://zmdqy.en.alibaba.com |
| 13 | Wannee Two Store | aliexpress.com/store/1100946860 |
| 14 | Uhome Store | aliexpress.com/store/1101282606 |
| 15 | Eroswing Sporting Store | aliexpress.com/store/1101345217 |
| 16 | Matagorda Accessories Store | aliexpress.com/store/1101345708 |
| 17 | Shiny jewellery Store | aliexpress.com/store/1101405792 |
| 18 | RUNER Store | aliexpress.com/store/1101540510 |
| 19 | Margot-u Store | aliexpress.com/store/1101743949 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 20 | Smartside Store | aliexpress.com/store/1101786223 |
| 21 | Zxzms Store | aliexpress.com/store/1102146020 |
| 22 | Moneymoneyallmyround Store | aliexpress.com/store/1102341669 |
| 23 | ANGHE Official Store | aliexpress.com/store/1102412172 |
| 24 | Outdoor Sports Enthusiasts Store | aliexpress.com/store/1102420821 |
| 25 | Guanlin Store | aliexpress.com/store/1102483348 |
| 26 | VCEO Trendy Lifestyle Store | aliexpress.com/store/1102673829 |
| 27 | Ladies VIP Store | aliexpress.com/store/1102753147 |
| 28 | ULemeili(7-15 Days Delivery) | amazon.com/sp?seller=A10BOTLH0MN7OS |
| 29 | Disener | amazon.com/sp?seller=A10K6FMGUF7WH1 |
| 30 | DISMISSED | |
| 31 | DISMISSED | |
| 32 | DISMISSED | |
| 33 | YIXINGEwangluo | amazon.com/sp?seller=A12H4QH1ZOAV0X |
| 34 | DISMISSED | |
| 35 | DISMISSED | |
| 36 | DOAEGNG | amazon.com/sp?seller=A153EQTZK34XAI |
| 37 | Devinly-US | amazon.com/sp?seller=A15GTZL5HBAPOM |
| 38 | YUNAIYI | amazon.com/sp?seller=A16TED4HK25A4M |
| 39 | DISMISSED | |
| 40 | DISMISSED | |
| 41 | Lookatool | amazon.com/sp?seller=A19PDY766W2X00 |
| 42 | DISMISSED | |
| 43 | DISMISSED | |
| 44 | DISMISSED | |
| 45 | DISMISSED | |
| 46 | Wangdongm | amazon.com/sp?seller=A1DZRWENVTX4Y |
| 47 | aiying_mei | amazon.com/sp?seller=A1E07307AJ0JK8 |
| 48 | DISMISSED | |
| 49 | DISMISSED | |
| 50 | flod-queen | amazon.com/sp?seller=A1FDPUBYHSKJSA |
| 51 | gingertech | amazon.com/sp?seller=A1GGNUU88Y14E5 |
| 52 | Dartphew Store | amazon.com/sp?seller=A1GW55DQ5F65BR |
| 53 | DISMISSED | |
| 54 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 55 | Ounabing | amazon.com/sp?seller=A1IV2N6N897ZZ0 |
| 56 | **DISMISSED** | |
| 57 | YanYong International Factory | amazon.com/sp?seller=A1JACXDMACKOFM |
| 58 | **DISMISSED** | |
| 59 | （7-14 Fast Delivery）-Crown Tilting Co., Ltd. | amazon.com/sp?seller=A1JSG3JGNLWDP0 |
| 60 | **DISMISSED** | |
| 61 | Ankarnis | amazon.com/sp?seller=A1KBFCIQC158PX |
| 62 | SGAOGEW-5-15 Days Fast Delivery | amazon.com/sp?seller=A1KHV5BZCKFE0Q |
| 63 | MOMKER 7-15Days Arrive | amazon.com/sp?seller=A1LB9SZQ5TETWT |
| 64 | **DISMISSED** | |
| 65 | Misealan | amazon.com/sp?seller=A1O77FI59BKU1I |
| 66 | **DISMISSED** | |
| 67 | quanhangxingquanwangluokejiyouxiangongsi | amazon.com/sp?seller=A1P4ELLB92F8I2 |
| 68 | **DISMISSED** | |
| 69 | Wyfdc | amazon.com/sp?seller=A1S5L1QE72EC5Y |
| 70 | **DISMISSED** | |
| 71 | SHUAI （Delivery within 7-15 days) | amazon.com/sp?seller=A1U4RJ0DV24EJI |
| 72 | **DISMISSED** | |
| 73 | Liu Haofeng | amazon.com/sp?seller=A1WORUEUG2JNTP |
| 74 | LINYUG | amazon.com/sp?seller=A1X8BVJ3WKZPGW |
| 75 | sentry-box | amazon.com/sp?seller=A1YU0EQZUEO6AQ |
| 76 | luoyangshi zhengmeishangmaoyouxiangongsi | amazon.com/sp?seller=A1Z4HKHN3Q4PDL |
| 77 | Dalaoke （7-10 days delivery) | amazon.com/sp?seller=A1ZA0252DZLIXE |
| 78 | Dasson | amazon.com/sp?seller=A2064A7RLDVEUP |
| 79 | Gittcoll | amazon.com/sp?seller=A20DYP1Y6LC6MK |
| 80 | **DISMISSED** | |
| 81 | **DISMISSED** | |
| 82 | **DISMISSED** | |
| 83 | Fondbuy-Spirit | amazon.com/sp?seller=A22DN9ZE6XIFSV |
| 84 | **DISMISSED** | |
| 85 | **DISMISSED** | |
| 86 | GuaeYup | amazon.com/sp?seller=A2494A1QILSCIZ |
| 87 | LINssgg | amazon.com/sp?seller=A24JVUW5GS8KI8 |
| 88 | **DISMISSED** | |
| 89 | BOlileyne | amazon.com/sp?seller=A26RKS2IV1ANU0 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 90 | DISMISSED | |
| 91 | jxhou | amazon.com/sp?seller=A27N7BDWELDE44 |
| 92 | DISMISSED | |
| 93 | EC077 | amazon.com/sp?seller=A282R0DOQOKZ7V |
| 94 | Vedolay | amazon.com/sp?seller=A283E2IYQ6ZT8H |
| 95 | NNAAII | amazon.com/sp?seller=A28E8WK7RUYJRM |
| 96 | DISMISSED | |
| 97 | Lumbley US-Store | amazon.com/sp?seller=A2AQ70WOIAI3IS |
| 98 | Rekilyefop | amazon.com/sp?seller=A2B7052KOGTX3S |
| 99 | Bluesti | amazon.com/sp?seller=A2BLITJ5NCQAIH |
| 100 | inyuhuawanju | amazon.com/sp?seller=A2BQF31KD012N |
| 101 | Yuaekjes | amazon.com/sp?seller=A2C9OXPWO0OAJN |
| 102 | beautyca1 | amazon.com/sp?seller=A2CB80RBW0ALCK |
| 103 | DISMISSED | |
| 104 | DISMISSED | |
| 105 | DISMISSED | |
| 106 | DISMISSED | |
| 107 | DISMISSED | |
| 108 | TheGroupdeal | amazon.com/sp?seller=A2HHLD431H47PW |
| 109 | TaYoung | amazon.com/sp?seller=A2HHUYKKEZ75B6 |
| 110 | flyFEI | amazon.com/sp?seller=A2HL3PC3WFNF38 |
| 111 | Rmbaby | amazon.com/sp?seller=A2IAAFSE6NJBVU |
| 112 | DISMISSED | |
| 113 | DISMISSED | |
| 114 | DISMISSED | |
| 115 | deberían | amazon.com/sp?seller=A2IV9L66JE5EUN |
| 116 | DISMISSED | |
| 117 | DISMISSED | |
| 118 | Novania(7-28 Days Delivery) | amazon.com/sp?seller=A2JDKYDPXACZIB |
| 119 | BomKwow | amazon.com/sp?seller=A2KACOJ86FVOLA |
| 120 | C-Pioneer | amazon.com/sp?seller=A2KWMMBIS1QFNR |
| 121 | panzi | amazon.com/sp?seller=A2L7G9RP5X14CU |
| 122 | DISMISSED | |
| 123 | SISHENGKUAJING | amazon.com/sp?seller=A2LQV907HKSVX2 |
| 124 | Esyllt | amazon.com/sp?seller=A2M9PZY3Q39IP5 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 125 | **DISMISSED** | |
| 126 | **DISMISSED** | |
| 127 | **DISMISSED** | |
| 128 | **DISMISSED** | |
| 129 | jaeryr | amazon.com/sp?seller=A2NRU37ARGJCLO |
| 130 | **DISMISSED** | |
| 131 | **DISMISSED** | |
| 132 | 济南兆醇日用小百货零售有限公司 | amazon.com/sp?seller=A2OI2G0H1AVBVM |
| 133 | wenchangshijiahefangshangmaoyouxiangongsi | amazon.com/sp?seller=A2PHIY5T2C7ZQS |
| 134 | jingxiuqulefanriyongbaihuodian | amazon.com/sp?seller=A2PPU9WWYY5WR7 |
| 135 | **DISMISSED** | |
| 136 | **DISMISSED** | |
| 137 | tikaduodianzishangwuyouxianzerengongsi | amazon.com/sp?seller=A2S5245ZT6DIY5 |
| 138 | **DISMISSED** | |
| 139 | **DISMISSED** | |
| 140 | **DISMISSED** | |
| 141 | **DISMISSED** | |
| 142 | MUGDGP | amazon.com/sp?seller=A2VMIY4WBCAVVD |
| 143 | YIoyiY | amazon.com/sp?seller=A2VN7EYR9HM3OJ |
| 144 | **DISMISSED** | |
| 145 | **DISMISSED** | |
| 146 | **DISMISSED** | |
| 147 | BiroWero | amazon.com/sp?seller=A2WEQCEMX49QE4 |
| 148 | **DISMISSED** | |
| 149 | YF shop | amazon.com/sp?seller=A2WYVPB5Q68QEW |
| 150 | **DISMISSED** | |
| 151 | Danimou | amazon.com/sp?seller=A2XK8V8WSLIGVK |
| 152 | ILUCI | amazon.com/sp?seller=A2XNL03CQF6XDV |
| 153 | Great Wall of the East | amazon.com/sp?seller=A2XOUOTDSE8O5T |
| 154 | yangchuanluo | amazon.com/sp?seller=A2YKI908SPO9JR |
| 155 | **DISMISSED** | |
| 156 | Ckxzui(50% Discount) | amazon.com/sp?seller=A2ZHFT33IV9OYS |
| 157 | **DISMISSED** | |
| 158 | FanLu0616 | amazon.com/sp?seller=A302SPC9CCMRPT |
| 159 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 160 | **DISMISSED** | |
| 161 | **DISMISSED** | |
| 162 | crampweui(7-20 Days Delivery) | amazon.com/sp?seller=A317GZYW5HV1TF |
| 163 | **DISMISSED** | |
| 164 | Kamosi_USA | amazon.com/sp?seller=A345M3TSDIOGIZ |
| 165 | SLYG STORE | amazon.com/sp?seller=A34MN038UTT0Q5 |
| 166 | **DISMISSED** | |
| 167 | SUPPION | amazon.com/sp?seller=A35SSAACBBPT4U |
| 168 | persobe | amazon.com/sp?seller=A36QHQGDEBSJHM |
| 169 | **DISMISSED** | |
| 170 | FUDAO-US | amazon.com/sp?seller=A374BC2GHT5YKN |
| 171 | Lanmino | amazon.com/sp?seller=A37PHERSF5H577 |
| 172 | Rhuyoshn | amazon.com/sp?seller=A37WXI4K0NR4N1 |
| 173 | Chengsen | amazon.com/sp?seller=A383A3E26RHXAS |
| 174 | insaneness | amazon.com/sp?seller=A38T6PLM0P376G |
| 175 | Huaiyha | amazon.com/sp?seller=A39PK04FO6TD9T |
| 176 | **DISMISSED** | |
| 177 | yunbidianzishangwu | amazon.com/sp?seller=A39YW3YWO6URIZ |
| 178 | Brand and seller must complain | amazon.com/sp?seller=A39ZR9CHTRCAN8 |
| 179 | **DISMISSED** | |
| 180 | LLL-333 | amazon.com/sp?seller=A3AM4RZFM01PF6 |
| 181 | **DISMISSED** | |
| 182 | HaiYunXuan [7-15Days Arrived] | amazon.com/sp?seller=A3BEEX0GF9QIMF |
| 183 | DBDOUWA | amazon.com/sp?seller=A3C0MX4P980IMS |
| 184 | **DISMISSED** | |
| 185 | Z S J | amazon.com/sp?seller=A3D92FEJBVIIM2 |
| 186 | Wielberto | amazon.com/sp?seller=A3DTJ4TWKPPH3P |
| 187 | Changsha Yanlinan Electronic Commerce Co., Ltd. | amazon.com/sp?seller=A3E3W0YAVNU8T4 |
| 188 | **DISMISSED** | |
| 189 | **DISMISSED** | |
| 190 | ZXG shop | amazon.com/sp?seller=A3FX9725OOA9ZE |
| 191 | **DISMISSED** | |
| 192 | Amaonea | amazon.com/sp?seller=A3G0ZDC5P8Q00E |
| 193 | TianYao shop | amazon.com/sp?seller=A3H7XJAQ38KFNJ |
| 194 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 195 | StrCloudUS | amazon.com/sp?seller=A3JSW8M0Z81O5G |
| 196 | DISMISSED | |
| 197 | NK-US(7-14delivery) | amazon.com/sp?seller=A3KCOR203R6ZGE |
| 198 | DISMISSED | |
| 199 | DISMISSED | |
| 200 | Binems-Kle | amazon.com/sp?seller=A3MA3VFJ4NQISD |
| 201 | DISMISSED | |
| 202 | DISMISSED | |
| 203 | DISMISSED | |
| 204 | SHANSHANNN | amazon.com/sp?seller=A3O3NF21TYTYUI |
| 205 | Hmedalyck 【FAST ARRIVAL 5-20 DAYS】 | amazon.com/sp?seller=A3P02BAP1OF4XG |
| 206 | kaide | amazon.com/sp?seller=A3P3L5FPDNHJVQ |
| 207 | OutTop | amazon.com/sp?seller=A3PL36HVPH5XE9 |
| 208 | DISMISSED | |
| 209 | Terfod | amazon.com/sp?seller=A3PQR70P2OW41M |
| 210 | Hanncx | amazon.com/sp?seller=A3QANNNB4ZG6S6 |
| 211 | Kiefhi | amazon.com/sp?seller=A3R3GOMMUMU4BJ |
| 212 | yvshuwangluo | amazon.com/sp?seller=A3S7W0H5JBPKYS |
| 213 | DISMISSED | |
| 214 | sdbbvnvbnjhj56yhyfg | amazon.com/sp?seller=A3SGH72PZBVK1N |
| 215 | DISMISSED | |
| 216 | DISMISSED | |
| 217 | Du Qingze | amazon.com/sp?seller=A3TS0RBV2WDKHT |
| 218 | DISMISSED | |
| 219 | MQSHUHENMY | amazon.com/sp?seller=A3UKSZX8Z6UJ1J |
| 220 | Enjoy Choice | amazon.com/sp?seller=A3V4XQEZSJKGRS |
| 221 | qiunvUS123 | amazon.com/sp?seller=A3VUD6T2JV69MY |
| 222 | sdsqdswzlsmyxgs | amazon.com/sp?seller=A50AUIE70CD9W |
| 223 | HAOHUAMING | amazon.com/sp?seller=A62JUGOHDWG9A |
| 224 | yinxiwangluo | amazon.com/sp?seller=A63SPWVSPW9CE |
| 225 | DAKRERY Shops | amazon.com/sp?seller=A6J94R7RXFP4J |
| 226 | DISMISSED | |
| 227 | DISMISSED | |
| 228 | DISMISSED | |
| 229 | DISMISSED | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 230 | guochanghe | amazon.com/sp?seller=A9AF6188A0LQL |
| 231 | **DISMISSED** | |
| 232 | GZXDSY | amazon.com/sp?seller=A9UDAZ8PAN5CZ |
| 233 | **DISMISSED** | |
| 234 | qilinshop | amazon.com/sp?seller=AADW1L8HFL2LA |
| 235 | YunPes | amazon.com/sp?seller=AASBB41ADSSBF |
| 236 | **DISMISSED** | |
| 237 | **DISMISSED** | |
| 238 | **DISMISSED** | |
| 239 | Chengmengmeng | amazon.com/sp?seller=ACBVHJ9DE2I8Y |
| 240 | **DISMISSED** | |
| 241 | Yousity (7-15days deliveried) | amazon.com/sp?seller=ACS8PXQJOCBON |
| 242 | guofangguomaoyiyouxiangongsi | amazon.com/sp?seller=ACV8PGJWA4QR6 |
| 243 | **DISMISSED** | |
| 244 | **DISMISSED** | |
| 245 | Poeeabee | amazon.com/sp?seller=ADEDN0RQJAQML |
| 246 | FITTEE | amazon.com/sp?seller=ADOF9BWTDC68I |
| 247 | US Store Coshang Number One | amazon.com/sp?seller=AE7LCBK0E3XR0 |
| 248 | **DISMISSED** | |
| 249 | **DISMISSED** | |
| 250 | **DISMISSED** | |
| 251 | **DISMISSED** | |
| 252 | **DISMISSED** | |
| 253 | YXKWNERRQ | amazon.com/sp?seller=AGAM143GHBUBU |
| 254 | djdjdj store | amazon.com/sp?seller=AGGJTDJ0FQL3I |
| 255 | pathside188 | amazon.com/sp?seller=AGIKF6UETT505 |
| 256 | liudongyangbm | amazon.com/sp?seller=AHKX3IC0170LZ |
| 257 | **DISMISSED** | |
| 258 | **DISMISSED** | |
| 259 | **DISMISSED** | |
| 260 | Lu Ai Business | amazon.com/sp?seller=AI6G8DXLNR7BH |
| 261 | 昆明恩聪科技有限公司 | amazon.com/sp?seller=AI9UZT6K4UDB9 |
| 262 | WMQPNNS | amazon.com/sp?seller=AJLW1KPF1M5DZ |
| 263 | **DISMISSED** | |
| 264 | **DISMISSED** | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 265 | SUMMER HOT | amazon.com/sp?seller=AKYHZY3YMQSRF |
| 266 | rexiao shop | amazon.com/sp?seller=ALGVIWS3WEIU6 |
| 267 | Zasekb | amazon.com/sp?seller=ALMTF6LFQ688B |
| 268 | jing_nuodengshi | amazon.com/sp?seller=ALREXIW2GTGW5 |
| 269 | GDDXLM | amazon.com/sp?seller=AN11QXP8EMOJ1 |
| 270 | Home & Beauty | amazon.com/sp?seller=AN9VEAZ34JHRO |
| 271 | DISMISSED | |
| 272 | Dolardtang | amazon.com/sp?seller=AOY7YYD3RZJWP |
| 273 | TigerOVO | amazon.com/sp?seller=AP0DV9GQ3O8O0 |
| 274 | DISMISSED | |
| 275 | wangguoshiwomenfashion | amazon.com/sp?seller=ARCVDS6E5VM93 |
| 276 | yuninxi | amazon.com/sp?seller=ARLY8Y8Y1D4VW |
| 277 | DISMISSED | |
| 278 | zhengzhouxuyinxinxikejiyouxiangongsi | amazon.com/sp?seller=ASGS5VZRB0HAI |
| 279 | DISMISSED | |
| 280 | DISMISSED | |
| 281 | DISMISSED | |
| 282 | DISMISSED | |
| 283 | z*yuyico | amazon.com/sp?seller=ATOICYJGRHNN0 |
| 284 | Halloween Surprise Cabin | amazon.com/sp?seller=AU23IL8NIULQX |
| 285 | powerSUP offers up to 50% off🎃🎃🎃 | amazon.com/sp?seller=AVJJSEHAI3DTZ |
| 286 | Taste store | amazon.com/sp?seller=AVW0D8LTW974G |
| 287 | DISMISSED | |
| 288 | Becobe | amazon.com/sp?seller=AWV9IWI7IJZFD |
| 289 | DISMISSED | |
| 290 | BzxMYiS | amazon.com/sp?seller=AZS8SU9XIN9DY |
| 291 | apparelone Store | dhgate.com/store/19900694 |
| 292 | erzhang Store | dhgate.com/store/20062082 |
| 293 | michalle Store | dhgate.com/store/20242111 |
| 294 | philipppe Store | dhgate.com/store/20300279 |
| 295 | cumax Store | dhgate.com/store/20983663 |
| 296 | nicespring Store | dhgate.com/store/21035180 |
| 297 | peanutoil Store | dhgate.com/store/21084200 |
| 298 | clothingforchoose Store | dhgate.com/store/21087829 |
| 299 | runlione Store | dhgate.com/store/21189615 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 300 | covde Store | dhgate.com/store/21227331 |
| 301 | hangtag Store | dhgate.com/store/21555939 |
| 302 | yarns Store | dhgate.com/store/21556085 |
| 303 | loveclothingfz3 Store | dhgate.com/store/21582596 |
| 304 | dou05 Store | dhgate.com/store/21599466 |
| 305 | yanqin04 Store | dhgate.com/store/21625945 |
| 306 | renshenguo Store | dhgate.com/store/21630750 |
| 307 | ximipu Store | dhgate.com/store/21630770 |
| 308 | shacksla Store | dhgate.com/store/21634911 |
| 309 | doulaso Store | dhgate.com/store/21634946 |
| 310 | xizhuang Store | dhgate.com/store/21635304 |
| 311 | lisa_shoes_nk Store | dhgate.com/store/21808613 |
| 312 | lolitassa | dhgate.com/store/21810907 |
| 313 | heathcliffy Store | dhgate.com/store/21810459 |
| 314 | mariefarmer Store | dhgate.com/store/21810611 |
| 315 | sparrownice Store | dhgate.com/store/21810619 |
| 316 | garrickica Store | dhgate.com/store/21810928 |
| 317 | depensibley Store | dhgate.com/store/21810943 |
| 318 | DISMISSED | |
| 319 | DISMISSED | |
| 320 | 2012xiwang | ebay.com/usr/2012xiwang |
| 321 | 2wanweiguo1213 | ebay.com/usr/2wanweiguo1213 |
| 322 | DISMISSED | |
| 323 | DISMISSED | |
| 324 | Style_eShop | ebay.ca/str/styleeshop |
| 325 | DISMISSED | |
| 326 | aliento_sol | ebay.com/usr/aliento_sol |
| 327 | allseems | ebay.com.hk/usr/allseems |
| 328 | DISMISSED | |
| 329 | amydefario2022 | ebay.com/usr/amydefario |
| 330 | DISMISSED | |
| 331 | appliancehome88 | ebay.ca/usr/appliancehome88 |
| 332 | athletese33 | ebay.com/usr/athletese33 |
| 333 | DISMISSED | |
| 334 | banweeras-0 | ebay.com/usr/banweeras-0 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 335 | **DISMISSED** | |
| 336 | **DISMISSED** | |
| 337 | bevilles*jv93ka | ebay.com/usr/bevilles*jv93ka |
| 338 | **DISMISSED** | |
| 339 | bhgue2012 | ebay.com/usr/bhgue2012 |
| 340 | butonto | ebay.com/usr/butonto |
| 341 | calla_6693 | ebay.com.hk/usr/calla_6693 |
| 342 | **DISMISSED** | |
| 343 | carmen668 | ebay.ca/usr/carmen668 |
| 344 | **DISMISSED** | |
| 345 | **DISMISSED** | |
| 346 | **DISMISSED** | |
| 347 | **DISMISSED** | |
| 348 | centralflash1 | ebay.com/usr/centralflash1 |
| 349 | chamini_2744 | ebay.com/usr/chamini_2744 |
| 350 | **DISMISSED** | |
| 351 | **DISMISSED** | |
| 352 | **DISMISSED** | |
| 353 | chenru64 | ebay.com/usr/chenru64 |
| 354 | **DISMISSED** | |
| 355 | **DISMISSED** | |
| 356 | cickicyy | ebay.com/usr/cickicyy |
| 357 | **DISMISSED** | |
| 358 | **DISMISSED** | |
| 359 | **DISMISSED** | |
| 360 | **DISMISSED** | |
| 361 | comeforu | ebay.com/usr/comeforu |
| 362 | **DISMISSED** | |
| 363 | **DISMISSED** | |
| 364 | **DISMISSED** | |
| 365 | **DISMISSED** | |
| 366 | **DISMISSED** | |
| 367 | dannyinzoo | ebay.com/usr/dannyinzoo |
| 368 | dasapr-1 | ebay.com/usr/dasapr-1 |
| 369 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 370 | **DISMISSED** | |
| 371 | **DISMISSED** | |
| 372 | **DISMISSED** | |
| 373 | deinhomeshop | ebay.ca/usr/deinhomeshop |
| 374 | **DISMISSED** | |
| 375 | DESAFIONa | ebay.ca/usr/desafiona |
| 376 | detaler | ebay.com/usr/detaler |
| 377 | dkuijiexiwl | ebay.com/usr/dkuijiexiwl |
| 378 | **DISMISSED** | |
| 379 | **DISMISSED** | |
| 380 | easybuy_dkc | ebay.com/usr/easybuy_dkc |
| 381 | **DISMISSED** | |
| 382 | **DISMISSED** | |
| 383 | **DISMISSED** | |
| 384 | **DISMISSED** | |
| 385 | excellentck | ebay.com/usr/excellent-ck |
| 386 | **DISMISSED** | |
| 387 | fanfangan | ebay.com/usr/fanfangan |
| 388 | **DISMISSED** | |
| 389 | fangjiamy | ebay.com/usr/fangjiamy |
| 390 | fijanep-0 | ebay.com/usr/fijanep-0 |
| 391 | **DISMISSED** | |
| 392 | **DISMISSED** | |
| 393 | **DISMISSED** | |
| 394 | **DISMISSED** | |
| 395 | **DISMISSED** | |
| 396 | **DISMISSED** | |
| 397 | **DISMISSED** | |
| 398 | gerobokummi | ebay.com/usr/gerobokummi |
| 399 | **DISMISSED** | |
| 400 | **DISMISSED** | |
| 401 | **DISMISSED** | |
| 402 | **DISMISSED** | |
| 403 | goupshuzhu | ebay.com/usr/goupshuzhu |
| 404 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 405 | **DISMISSED** | |
| 406 | greatus20 | ebay.com/usr/greatus2020 |
| 407 | guyuehu | ebay.com/usr/guyuehu |
| 408 | **DISMISSED** | |
| 409 | USS | ebay.com/str/uss |
| 410 | **DISMISSED** | |
| 411 | **DISMISSED** | |
| 412 | **DISMISSED** | |
| 413 | **DISMISSED** | |
| 414 | **DISMISSED** | |
| 415 | **DISMISSED** | |
| 416 | **DISMISSED** | |
| 417 | hinesbuc-7 | ebay.com/usr/hinesbuc-7 |
| 418 | **DISMISSED** | |
| 419 | homefuturebest | ebay.ca/usr/homefuturebest |
| 420 | hometomama | ebay.ca/usr/hometomama |
| 421 | hometoolstore715 | ebay.com/usr/hometoolstore715 |
| 422 | **DISMISSED** | |
| 423 | hotspot-accessory68 | ebay.com/usr/hotspot-accessory68 |
| 424 | **DISMISSED** | |
| 425 | huguaedd | ebay.com/usr/huguaedd |
| 426 | **DISMISSED** | |
| 427 | huzenyo | ebay.com/usr/huzenyo |
| 428 | **DISMISSED** | |
| 429 | **DISMISSED** | |
| 430 | **DISMISSED** | |
| 431 | industrial-ukhk | ebay.com/usr/industrial-ukhk |
| 432 | industry-gb1 | ebay.ca/usr/industry-gb |
| 433 | intomyworld | ebay.com/usr/intomyworld |
| 434 | jasminere | ebay.com/usr/jasminere |
| 435 | jewatn | ebay.com/usr/jewatn |
| 436 | jewelleryshop1688 | ebay.ca/usr/jewelleryshop1688 |
| 437 | **DISMISSED** | |
| 438 | **DISMISSED** | |
| 439 | ka789123 | ebay.com/usr/ka789123 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 440 | DISMISSED | |
| 441 | DISMISSED | |
| 442 | DISMISSED | |
| 443 | DISMISSED | |
| 444 | DISMISSED | |
| 445 | DISMISSED | |
| 446 | DISMISSED | |
| 447 | DISMISSED | |
| 448 | leligine | ebay.com/usr/leligine |
| 449 | lesim-497505 | ebay.com/usr/lesim-497505 |
| 450 | DISMISSED | |
| 451 | lihu757 | ebay.com/usr/lihu757 |
| 452 | DISMISSED | |
| 453 | DISMISSED | |
| 454 | DISMISSED | |
| 455 | DISMISSED | |
| 456 | DISMISSED | |
| 457 | DISMISSED | |
| 458 | DISMISSED | |
| 459 | DISMISSED | |
| 460 | DISMISSED | |
| 461 | DISMISSED | |
| 462 | lontimns | ebay.com/usr/lontimns |
| 463 | loveshoppingcs228 | ebay.com/usr/loveshoppingcs228 |
| 464 | DISMISSED | |
| 465 | DISMISSED | |
| 466 | DISMISSED | |
| 467 | DISMISSED | |
| 468 | DISMISSED | |
| 469 | DISMISSED | |
| 470 | DISMISSED | |
| 471 | DISMISSED | |
| 472 | DISMISSED | |
| 473 | DISMISSED | |
| 474 | mashangyou8fa | ebay.com/usr/mashangyou8fa |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 475 | massnou | ebay.com/usr/massnou |
| 476 | DISMISSED | |
| 477 | messick4 | ebay.com/usr/messick4 |
| 478 | DISMISSED | |
| 479 | mikayl_15 | ebay.com/usr/mikayl_15 |
| 480 | DISMISSED | |
| 481 | DISMISSED | |
| 482 | DISMISSED | |
| 483 | DISMISSED | |
| 484 | DISMISSED | |
| 485 | DISMISSED | |
| 486 | mizoseong | ebay.com/usr/mizoseong |
| 487 | DISMISSED | |
| 488 | DISMISSED | |
| 489 | mu2ff7in | ebay.com/usr/mu2ff7in |
| 490 | mudarmin0 | ebay.com/usr/mudarmin0 |
| 491 | DISMISSED | |
| 492 | DISMISSED | |
| 493 | neetfoot | ebay.com/usr/neetfoot |
| 494 | nevada-shop | ebay.com/usr/nevada-shop |
| 495 | DISMISSED | |
| 496 | DISMISSED | |
| 497 | newdwen | ebay.com/usr/newdwen |
| 498 | DISMISSED | |
| 499 | Smart Living Box | ebay.com/usr/one4in_67 |
| 500 | DISMISSED | |
| 501 | DISMISSED | |
| 502 | DISMISSED | |
| 503 | peleith0 | ebay.com/usr/peleith0 |
| 504 | DISMISSED | |
| 505 | plicism | ebay.com/usr/plicism |
| 506 | pricetailor | ebay.com/usr/pricetailor |
| 507 | prostore-98 | ebay.com/usr/prostore-98 |
| 508 | DISMISSED | |
| 509 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 510 | DISMISSED | |
| 511 | DISMISSED | |
| 512 | DISMISSED | |
| 513 | DISMISSED | |
| 514 | redflow_vj6 | ebay.com/usr/redflow_vj6 |
| 515 | reeleat | ebay.com/usr/reeleat |
| 516 | rongxin9988 | ebay.com/usr/rongxin9988 |
| 517 | rongyao2211 | ebay.com/usr/rongyao2211 |
| 518 | rose_store88 | ebay.com/usr/rose_store88 |
| 519 | DISMISSED | |
| 520 | DISMISSED | |
| 521 | DISMISSED | |
| 522 | DISMISSED | |
| 523 | DISMISSED | |
| 524 | DISMISSED | |
| 525 | shamarlal-15 | ebay.com/usr/shamarlal-15 |
| 526 | shanweixyue88 | ebay.com/usr/shanweixyue88 |
| 527 | DISMISSED | |
| 528 | DISMISSED | |
| 529 | DISMISSED | |
| 530 | sipee560 | ebay.com/usr/sipee560 |
| 531 | Skilled*2jv9 | ebay.com/str/skilled2jv9 |
| 532 | skypayer | ebay.com/usr/skypayer |
| 533 | DISMISSED | |
| 534 | smoothshopping | ebay.ca/usr/smoothshopping |
| 535 | sofirt | ebay.com/usr/sofirt |
| 536 | DISMISSED | |
| 537 | DISMISSED | |
| 538 | DISMISSED | |
| 539 | sunnstary | ebay.com/usr/sunnstary |
| 540 | DISMISSED | |
| 541 | DISMISSED | |
| 542 | DISMISSED | |
| 543 | suxitgo | ebay.com/usr/suxitgo |
| 544 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|-----|--------------------------|-----------------|
| 545 | DISMISSED | |
| 546 | DISMISSED | |
| 547 | DISMISSED | |
| 548 | DISMISSED | |
| 549 | DISMISSED | |
| 550 | DISMISSED | |
| 551 | thenbuyone | ebay.com/usr/thenbuyone |
| 552 | thuthou | ebay.com/usr/thuthou |
| 553 | toolspappystore | ebay.ca/usr/toolspappystore |
| 554 | topthunder99 | ebay.ca/usr/topthunder99 |
| 555 | DISMISSED | |
| 556 | DISMISSED | |
| 557 | tubredoliv | ebay.ie/usr/tubredoliv |
| 558 | twinkleshopforyou | ebay.ca/usr/twinkleshopforyou |
| 559 | twomendelu | ebay.com/usr/twomendelu |
| 560 | DISMISSED | |
| 561 | DISMISSED | |
| 562 | DISMISSED | |
| 563 | w123654 | ebay.com/usr/vv66vv |
| 564 | DISMISSED | |
| 565 | wangzry | ebay.com/usr/wangzry |
| 566 | DISMISSED | |
| 567 | DISMISSED | |
| 568 | DISMISSED | |
| 569 | DISMISSED | |
| 570 | DISMISSED | |
| 571 | wuhuah12 | ebay.com/usr/wuhuah12 |
| 572 | DISMISSED | |
| 573 | DISMISSED | |
| 574 | DISMISSED | |
| 575 | DISMISSED | |
| 576 | DISMISSED | |
| 577 | DISMISSED | |
| 578 | DISMISSED | |
| 579 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|-----|--------------------------|-----------------|
| 580 | **DISMISSED** | |
| 581 | **DISMISSED** | |
| 582 | xxzhaoyi5 | ebay.com/usr/xxzhaoyi5 |
| 583 | **DISMISSED** | |
| 584 | **DISMISSED** | |
| 585 | **DISMISSED** | |
| 586 | **DISMISSED** | |
| 587 | **DISMISSED** | |
| 588 | **DISMISSED** | |
| 589 | **DISMISSED** | |
| 590 | **DISMISSED** | |
| 591 | **DISMISSED** | |
| 592 | **DISMISSED** | |
| 593 | **DISMISSED** | |
| 594 | **DISMISSED** | |
| 595 | **DISMISSED** | |
| 596 | **DISMISSED** | |
| 597 | **DISMISSED** | |
| 598 | **DISMISSED** | |
| 599 | **DISMISSED** | |
| 600 | **DISMISSED** | |
| 601 | **DISMISSED** | |
| 602 | ShopPetCrafts | etsy.com/shop/ShopPetCrafts |
| 603 | YeSerendipityArt | etsy.com/shop/YeSerendipityArt |
| 604 | **DISMISSED** | |
| 605 | lizzic | www.lizzic.com |
| 606 | homezo | www.homezo.net |
| 607 | mopolily | www.mopolily.com |
| 608 | sussic | www.sussic.com |
| 609 | wantops | www.wantops.com |
| 610 | **DISMISSED** | |
| 611 | DanceeMangoo | walmart.com/reviews/seller/101223235 |
| 612 | **DISMISSED** | |
| 613 | DancePeanut | walmart.com/reviews/seller/101282047 |
| 614 | Qoo10 | wish.com/merchant/56bf30ac0dbb0b7e5ebb27d1 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 615 | ZhouZhiGuang | wish.com/merchant/56e7db7c3a698c348ca0e5a8 |
| 616 | hao8bar | wish.com/merchant/576bb4fb6b2ba27f0991890b |
| 617 | sitingsijie | wish.com/merchant/581d8e83bfa9fd4d5467de0c |
| 618 | **DISMISSED** | |
| 619 | productsir | wish.com/merchant/583ec1ef0d446338426ba6bd |
| 620 | sunxiaozhenjha | wish.com/merchant/586f45e095eec14ee393df91 |
| 621 | MXJstore | wish.com/merchant/592e61337fcf2d0f9266afa2 |
| 622 | haimasite | wish.com/merchant/5938fd171298197d384f118b |
| 623 | liangliang store | wish.com/merchant/595b885637635d60b412e3ab |
| 624 | Yurongruk | wish.com/merchant/5a96016bccf0c85661ef57c2 |
| 625 | zhazhahui002 | wish.com/merchant/5d3b08110ff7f9523839ba52 |
| 626 | AMY2 | wish.com/merchant/5d42d852e4b65d2c0bc00de1 |
| 627 | Yay Technology | wish.com/merchant/5d53d325dfe135509694259a |
| 628 | Harry Popo | wish.com/merchant/607d1c5cc68624c784b661da |
| 629 | A Makeups01 | wish.com/merchant/615ca0d377ed5bb45fd676d4 |
| 630 | wuxiang1996 | wish.com/merchant/61776838d34fa8b8df3ca948 |
| 631 | CJ Seller 1 | https://cjdropshipping.com/ |
| 632 | CJ Seller 2 | https://cjdropshipping.com/ |